PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

### Petition for Warrant or Summons for Offender under Supervision

Name of Offender:  Lacey Lynn Semler            Case Number:   0868 3:15CR00078

Name of Sentencing Judicial Officer:   Ralph R. Erickson, U.S. Chief District Judge

Date of Original Sentence:  March 24, 2016

Original Offense:       Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances

Original Sentence:      66 months incarceration followed by three years supervised release

Type of Supervision: TSR            Date Supervision Commenced:  5/3/2019

Asst. U.S. Attorney: Brett M. Shasky       Defense Attorney: Patrick Rosenquist

---

### PETITIONING THE COURT

☒  To issue a warrant

☐  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall totally abstain from the use of illegal drugs or the possession of a controlled substance, as defined in 21 USC § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants.** June 3, 2019, Ms. Semler provided a urine sample that tested positive for methamphetamine and she admitted to recently using on multiple occasions. |
| 2. | **The defendant shall totally abstain from the use of illegal drugs or the possession of a controlled substance, as defined in 21 USC § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants.** On August 15, 2019, Ms. Semler admitted to recently using methamphetamine on multiple occasions. |
| 3. | **The defendant shall totally abstain from the use of illegal drugs or the possession** |

PROB 12C
(Rev. 2/13)
Semler, Lacey
0868 3:15CR00078

| | |
|---|---|
| | of a controlled substance, as defined in 21 USC § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants. On August 23, 2019, Ms. Semler admitted to recent use of methamphetamine. |
| 4. | **The defendant shall totally abstain from the use of illegal drugs or the possession of a controlled substance, as defined in 21 USC § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants.** On August 27, 2019, Ms. Semler admitted to recent use of methamphetamine. |
| 5. | **The defendant shall undergo a chemical dependency evaluation and if recommended she shall participate in a chemical dependency treatment program as approved by the supervising probation officer.** Ms. Semler failed to follow through with chemical dependency treatment programming as instructed. |
| 6. | **The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.** Ms. Semler failed to report in to her U.S. Probation Officer as instructed on multiple occasions. |
| 7. | **The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.** Ms. Semler had ongoing unapproved contact with people who were engaged in criminal activity or convicted felons. |
| 8. | **The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.** Ms. Semler failed to notify her probation officer that she was terminated from her place of employment. |

U.S. Probation Officer Recommendation: It is respectfully recommended a warrant be issued for the defendant and hearings be held to determine if she has violated the terms and conditions of supervised release.

☒ The term of supervision should be:

　☒ Revoked.

　☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2019

/s/ Tara Moszer
U.S. Probation Officer

PROB 12C
(Rev. 2/13)
Semler, Lacey
0868 3:15CR00078

THE COURT ORDERS:

☐ No Action.

☑ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

_____
Signature of Judicial Officer

September 25, 2019
Date